David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
PERKINS COIE LLP
1301 Second Ave., Ste. 4200
Seattle, Washington 98101-3084
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Defendant
WAYFAIR LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC, a Delaware entity, d/b/a WWW.WAYFAIR.COM,<br><br>Defendant. | Case No. 2:25-cv-06910-DSF-AGR<br><br>**DEFENDANT WAYFAIR LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY THE CASE**<br><br>[Memorandum of Points and Authorities, Declaration of Amy Henson & Proposed Order Lodged Concurrently]<br><br>Courtroom: 7D<br>Judge: Hon. Dale S. Fischer<br>Date: September 15, 2025<br>Time: 1:30 p.m. |

-1-
DEFENDANT WAYFAIR'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 15, 2025 at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Dale S. Fischer, in Courtroom 7D of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, 90012, defendant Wayfair LLC will and hereby does move this Court for an order compelling Plaintiff Rebeka Rodriguez to arbitrate her individual claims in accordance with the arbitration clause contained in the Wayfair Terms of Use, to which she agreed.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* ("FAA") and *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740, 1753 (2011) (holding that the FAA preempts California's judicial rule regarding the unconscionability of class arbitration waivers in consumer contracts), on the following grounds:

1. Prior to making a purchase on Wayfair.com, Plaintiff agreed to arbitrate any claims related to the services provided by Wayfair;

2. All claims asserted by Plaintiff in this lawsuit fall within the scope of the valid and enforceable arbitration clauses in the Wayfair Terms of Use entered into by Plaintiff; and

3. Plaintiff also agreed to arbitrate all claims on an individual, rather than class-wide basis.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, and the Declaration filed herewith, the records in this action, and such evidence and argument that Wayfair may present at or before the hearing on this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 6, 2025. At that time, counsel thoroughly discussed the substance of the Motion to discuss a potential resolution but were unable to reach one.

| | | |
|---|---|---|
|1| | |
|2|Dated: August 13, 2025|**PERKINS COIE LLP**|
|3| | |
|4| |By: */s/ David T. Biderman*|
|5| |David T. Biderman, Bar No. 101577<br>DBiderman@perkinscoie.com|
|6| |Kristine E. Kruger, Bar No. 253593<br>KKruger@perkinscoie.com|
|7| | |
|8| |Attorneys for Defendant<br>WAYFAIR LLC|

-3-
DEFENDANT WAYFAIR'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION