UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAYFAIR LLC,<br><br>　　　　Defendant. | Case No. 2:25-cv-06910-DSF-AGR<br><br>**ORDER ON JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING THE COURT'S RULING ON WAYFAIR LLC'S MOTION TO COMPEL ARBITRATION** |

-1-

Pursuant to the parties' joint stipulation, and for good cause shown, **IT IS HEREBY ORDERED**:

1. The Supreme Court of the United States's decision in *Smith v. Spizzirri*, 144 S. Ct. 1173 (2024) provides that this Court must stay all proceedings if a motion to compel arbitration is granted.

2. It is in the interest of economy and efficiency, all proceedings in this case are stayed pending the Court's resolution of Defendant Wayfair LLC's motion to compel arbitration.

3. Notwithstanding the stay, Plaintiff shall file any opposition to Defendant's motion to compel arbitration in accordance with all applicable Federal and Local Rules. Defendant Wayfair LLC shall file any reply in support of its motion in accordance with the same.

Dated: August 18, 2025        By: _____
                                  Hon. Dale S. Fischer
                                  United States District Judge

-2-