1 | **PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Plaintiff

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br>WAYFAIR LLC, a Delaware entity, d/b/a WWW.WAYFAIR.COM,<br><br>        Defendant. | Case No. 2:25-cv-06910-DSF-AGR<br><br>**NOTICE OF SUPPLEMETAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE**<br><br>Date:      September 15, 2025<br>Time:     1:30 p.m.<br>Courtroom: 7D<br>Judge:    Hon. Dale S. Fischer |

Plaintiff Rebeka Rodriguez ("Plaintiff") hereby respectfully submits Plaintiff's Notice of Supplemental Authority in regards to Defendant's Motion to Compel Arbitration and Stay the Case that is *sub judice*, in order to bring to the Court's attention the change in the publication status in the recent decision in *Cruz v. Tapestry, Inc.*, - Cal. Rptr. -, No. B343637, 2025 WL 2462710 (Cal. Ct. App. Aug. 22, 2025), *as modified*, (Aug. 27, 2025), from unpublished to **published**.[1]

The published (and modified) version of the *Cruz* decision did not come into existence until after Plaintiff had already filed her Memorandum of Points and Authorities in Support of Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration and Stay the Case on August 25, 2025. (Doc. 14.) In particular, the California Court of Appeal granted the request for publication on August 27, 2025, two days after Plaintiff had already filed her Memorandum. The Second District Court of Appeal's online Docket (Register of Actions) for the *Cruz* appeal states on August 27, 2025 in relevant part as follows:

> "CERTIFICATION AND ORDER FOR PUBLICATION; ORDER MODIFYING OPINION.
>
> Certification and Order for Publication
>
> The opinion in the above-entitled matter filed on August 22, 2025, was not certified for publication in the Official Reports. For good cause it now appears that the opinion should be published in the Official Reports and it is so ordered."

https://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=2&doc_id=3122115&doc_no=B343637&request_token=NiIwLSEnTkw3W0BNSSFdUElIUFA6USxXJyIuXzlSQCAgCg%3D%3D (last visited Aug. 30, 2025).

---

[1] The citation of the unpublished Westlaw version of the *Cruz* decision was originally 2025 WL 2425080, which has now been replaced by the current Westlaw version as 2025 WL 2462710.

- 2 -

1  Undersigned counsel represents that Plaintiff's counsel did not learn about the
2  change in publication status of *Cruz* until August 30, 2025.  Thus, Plaintiff had no
3  opportunity to address the change in the publication status of the *Cruz* decision via
4  Plaintiff's Memorandum filed on August 25, 2025.

6  Dated:  August 30, 2025                    PACIFIC TRIAL ATTORNEYS, P.C.

8                                             By: */s/ Scott J. Ferrell*
9                                             Scott. J. Ferrell
                                               Attorney for Plaintiff
                                               REBEKA RODRIGUEZ

**CERTIFICATE OF COMPLIANCE**

    The undersigned, counsel of record for Plaintiff, certifies that this brief complies with the Court's Standing Order limiting memoranda of points and authorities in support of motions to 25 pages. (Standing Order at 8:8-10; Doc. 8; Page ID #59.)

Dated: August 30, 2025

                                                    */s/ Scott J. Ferrell*
                                                       Scott J. Ferrell